B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Eastern District of North Carolina | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Harper Landscaping, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**56-1612283** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**5177 NC Hwy 58 N**<br>**Stantonsburg, NC**<br>ZIP Code **27883** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Greene** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 206**<br>**Stantonsburg, NC**<br>ZIP Code **27883** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)  (Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☑ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☑ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

☑ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☑ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**B1 (Official Form 1)(04/13)** Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Harper Landscaping, Inc.** | |
|---|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br> **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| **Exhibit A** <br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.) <br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X**_____<br> Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                                          **Page 3**

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | **Harper Landscaping, Inc.** |

**Signatures**

| | |
|---|---|
| **Signature(s) of Debtor(s) (Individual/Joint)** <br>I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X** _____<br>  Signature of Debtor<br><br>**X** _____<br>  Signature of Joint Debtor<br><br>_____<br>  Telephone Number (If not represented by attorney)<br><br>_____<br>  Date | **Signature of a Foreign Representative** <br>I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>**X** _____<br>  Signature of Foreign Representative<br><br>_____<br>  Printed Name of Foreign Representative<br><br>_____<br>  Date |

**Signature of Attorney***

**X**  **/s/ George Mason Oliver** _____
Signature of Attorney for Debtor(s)

  **George Mason Oliver 26587** _____
Printed Name of Attorney for Debtor(s)

  **The Law Offices of** _____
Firm Name
  **Oliver & Cheek, PLLC**
  **PO Box 1548**
  **New Bern, NC 28563**
_____
Address

  **252-633-1930  Fax: 252-633-1950** _____
Telephone Number
  **May 18, 2015** _____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**  **/s/ Lemuel Allan Harper** _____
Signature of Authorized Individual
  **Lemuel Allan Harper** _____
Printed Name of Authorized Individual
  **President** _____
Title of Authorized Individual
  **May 18, 2015** _____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of North Carolina

In re   **Harper Landscaping, Inc.**

Debtor(s)

Case No.

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Can Capital Merchant<br>Attn: Managing Agent<br>2015 Vaugh Rd. Bldg 500<br>Kennesaw, GA 30144 | Can Capital Merchant<br>Attn: Managing Agent<br>2015 Vaugh Rd. Bldg 500<br>Kennesaw, GA 30144 | | | 40,000.00 |
| Cardinal Chemicals<br>Attn: Manager or Agent<br>PO Box 368<br>Kinston, NC 28502 | Cardinal Chemicals<br>Attn: Manager or Agent<br>PO Box 368<br>Kinston, NC 28502 | | | 18,939.72 |
| Casey's Nursery<br>Attn: Manager or Agent<br>1115 Claridge Nursery Rd<br>Goldsboro, NC 27530 | Casey's Nursery<br>Attn: Manager or Agent<br>1115 Claridge Nursery Rd<br>Goldsboro, NC 27530 | | | 10,032.82 |
| Century Finance<br>Attn: Manager or Agent<br>Wilson, NC 27893 | Century Finance<br>Attn: Manager or Agent<br>Wilson, NC 27893 | | | 10,000.00 |
| CNH Industrial Capital<br>Attn: Officer, Mg Agt or Agent<br>PO Box 3600<br>Lancaster, PA 17604-3600 | CNH Industrial Capital<br>Attn: Officer, Mg Agt or Agent<br>PO Box 3600<br>Lancaster, PA 17604-3600 | | | 40,000.00<br><br>(0.00 secured) |
| Commecial Pine Straw<br>Attn: Manager or Agent<br>530 Corporate Center Drive<br>Raleigh, NC 27607 | Commecial Pine Straw<br>Attn: Manager or Agent<br>530 Corporate Center Drive<br>Raleigh, NC 27607 | | | 5,500.00 |
| Four Oaks Bank<br>Attn: Officer, Mg Agt or Agent<br>PO Box 309<br>Four Oaks, NC 27524 | Four Oaks Bank<br>Attn: Officer, Mg Agt or Agent<br>PO Box 309<br>Four Oaks, NC 27524 | | | 220,000.00<br><br>(0.00 secured) |
| GE Capital<br>Attn:  Officer, Mg Agt or Agent<br>PO Box 957408<br>Hoffman Estates, IL 60192 | GE Capital<br>Attn:  Officer, Mg Agt or Agent<br>PO Box 957408<br>Hoffman Estates, IL 60192 | | | 24,000.00<br><br>(0.00 secured) |

**B4** (Official Form 4) (12/07) - Cont.

In re   **Harper Landscaping, Inc.**                                                    Case No. _____
                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Internal Revenue Service** **Attn: Manager or Agent** **4405 Bland Road** **Raleigh, NC 27609** | **Internal Revenue Service** **Attn: Manager or Agent** **4405 Bland Road** **Raleigh, NC 27609** | | | **26,004.31** **(0.00 secured)** |
| **Internal Revenue Service** **Attn: Manager or Agent** **4405 Bland Road** **Raleigh, NC 27609** | **Internal Revenue Service** **Attn: Manager or Agent** **4405 Bland Road** **Raleigh, NC 27609** | | | **50,000.00** |
| **John Deere Landscapes** **Attn: Manager or Agent** **501 Station Road** **Greenville, NC 27834** | **John Deere Landscapes** **Attn: Manager or Agent** **501 Station Road** **Greenville, NC 27834** | | | **9,165.99** |
| **Mackeilwean Turf  Farm** **Attn: Manager or Agent** **1004 Washington Post Road** **New Bern, NC 28560** | **Mackeilwean Turf  Farm** **Attn: Manager or Agent** **1004 Washington Post Road** **New Bern, NC 28560** | | **Disputed** | **27,300.00** |
| **NC Mulch** **Attn: Manager or Agent** **3277 Prong Creek Rd** **Middlesex, NC 27557** | **NC Mulch** **Attn: Manager or Agent** **3277 Prong Creek Rd** **Middlesex, NC 27557** | | | **10,277.83** |
| **Neff Rentals** **Attn: Manager or Agent** **5357 NC-115** **Winterville, NC 28590** | **Neff Rentals** **Attn: Manager or Agent** **5357 NC-115** **Winterville, NC 28590** | | | **5,090.41** |
| **Sheffield Financial** **Attn: Manager Or Agent** **PO Box 1704** **Clemmons, NC 27012** | **Sheffield Financial** **Attn: Manager Or Agent** **PO Box 1704** **Clemmons, NC 27012** | | | **4,600.00** |
| **Southern Landcape Professional** **Attn: Manager or Agent** **8625 Mt Pleasant Church Rd** **Willow Spring, NC 27592** | **Southern Landcape Professional** **Attn: Manager or Agent** **8625 Mt Pleasant Church Rd** **Willow Spring, NC 27592** | | | **14,525.00** |
| **Stay Alert** **Attn: Manager or Agent** **1240 Krkland Road** **Raleigh, NC 27603** | **Stay Alert** **Attn: Manager or Agent** **1240 Krkland Road** **Raleigh, NC 27603** | | | **6,084.75** |
| **Taylor's Nursery** **Attn: Manager or Agent** **3705 New Bern Avenue** **Raleigh, NC 27610** | **Taylor's Nursery** **Attn: Manager or Agent** **3705 New Bern Avenue** **Raleigh, NC 27610** | | | **10,609.08** |
| **Trade Oil Company** **Attn: Manager or Agent** **3602 Hwy 264E** **Greenville, NC 27834** | **Trade Oil Company** **Attn: Manager or Agent** **3602 Hwy 264E** **Greenville, NC 27834** | | | **5,793.81** |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Harper Landscaping, Inc.**                                                    Case No.
<br>                      Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Wells Fargo<br>Attn: Officer, Mg.Agt or Agent<br>216 N. Greene Street<br>Snow Hill, NC 28580** | **Wells Fargo<br>Attn: Officer, Mg.Agt or Agent<br>216 N. Greene Street<br>Snow Hill, NC 28580** | | | **160,000.00** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

       I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **May 18, 2015**                  Signature   **/s/ Lemuel Allan Harper**
<br>                                                                  **Lemuel Allan Harper**
<br>                                                                  **President**

    *Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

## United States Bankruptcy Court
### Eastern District of North Carolina

In re **Harper Landscaping, Inc.**

Debtor(s)

Case No.

Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **May 18, 2015**

/s/ **Lemuel Allan Harper**
**Lemuel Allan Harper**/**President**
Signer/Title

.

HARPER LANDSCAPING, INC.
PO BOX 206
STANTONSBURG, NC 27883

GEORGE MASON OLIVER
THE LAW OFFICES OF
OLIVER & CHEEK, PLLC
PO BOX 1548
NEW BERN, NC 28563

SECRETARY OF TREASURY
ATTN: MANAGING AGENT
1500 PENNSYLVANIA AVE NW
WASHINGTON, DC 20220

UNITED STATES ATTORNEY
310 NEW BERN AVENUE
FEDERAL BLDG SUITE 800
RALEIGH, NC 27601-1461

US SECURITIES & EXCHANGE
ATTN: MANAGER OR AGENT
950 E. PACES FERRY RD., NE STE 900
ATLANTA, GA 30326-1382

NC DEPT OF REVENUE
ATTN: A. FOUNTAIN
PO BOX 1168
RALEIGH, NC 27602-1168

INTERNAL REVENUE SERVICE
ATTN:  MANAGER OR AGENT
PO BOX 7346
PHILADELPHIA, PA 19101-7346

ACCIDENT FUND
ATTN: MANAGER OR AGENT
PO BOX 77000, DEPT. 77125
DETROIT, MI 48277-0125

ALLIED INSURANCE
ATTN: MANAGER OR AGENT
1100 LOCUST STREET
DES MOINES, IA 50391-1100

AMBASSADOR COMPANY
ATTN: MANAGER OR AGENT
P.O. BOX 269
GASTONIA, NC 28053

APZB INDUSTRIES
ATTN: MANAGER OR AGENT
300 LEDGEWOOD PLACE
ROCKLAND, MA 02370

BEST RENTALS
ATTN: MANAGER OR AGENT
1250 S. CHURCH STREET
ROCKY MOUNT, NC 27803

BIEHL & BIEHL, INC.
ATTN: MANAGER OR AGENT
PO BOX 87410
CAROL STREAM, IL 60188

CAN CAPITAL MERCHANT
ATTN: MANAGING AGENT
2015 VAUGH RD. BLDG 500
KENNESAW, GA 30144

CARDINAL CHEMICALS
ATTN: MANAGER OR AGENT
PO BOX 368
KINSTON, NC 28502

CASEY'S NURSERY
ATTN: MANAGER OR AGENT
1115 CLARIDGE NURSERY RD
GOLDSBORO, NC 27530

CCS EQUIPMENT SALES, LLC
ATTN: MANAGER OR AGENT
5428 HWY 96
YOUNGSVILLE, NC 27596

CENTURY FINANCE
ATTN: MANAGER OR AGENT
WILSON, NC 27893

CNH INDUSTRIAL CAPITAL
ATTN: OFFICER, MG AGT OR AGENT
PO BOX 3600
LANCASTER, PA 17604-3600

COMMECIAL PINE STRAW
ATTN: MANAGER OR AGENT
530 CORPORATE CENTER DRIVE
RALEIGH, NC 27607

COOKE COMMUNICATIONS, NC
ATTN: MANAGER OR AGENT
PO BOX 1969
GREENVILLE, NC 27835

CORPORATION SERVICE COMPANY
ATTN: MANAGER OR AGENT
PO BOX 2576
SPRINGFIELD, IL 62703

CROMATE INDUSTRIAL CORP.
ATTN: MANAGER OR AGENT
PO BOX 714905
COLUMBUS, OH 43271-4905

FAIRWAY GREEN, INC.
ATTN: MANAGER OR AGENT
3219 NORTHSIDE DRIVE
RALEIGH, NC 27615-4126

FIRST BENEFITS INSURANCE
ATTN: MANAGER OR AGENT
PO BOX 1995
RALEIGH, NC 27601

FIRST CITIZENS BANK CREDIT CARD
ATTN:OFFICE, MG AGT OR AGT
110 N. GREEN STREET
SNOW HILL, NC 28580

FOUR OAKS BANK
ATTN: OFFICER, MG AGT OR AG
PO BOX 309
FOUR OAKS, NC 27524

GE CAPITAL
ATTN:  OFFICER, MG AGT OR AGENT
PO BOX 957408
HOFFMAN ESTATES, IL 60192

GREEN COUNTY TAX DEPT.
ATTN: MANAGER OR AGENT
229 KINGOLD BLVD
SNOW HILL, NC 28580

HALIFAX MEDIA GROUP
ATTN: MANAGER OR AGENT
PO BOX 3003
JACKSONVILLE, NC 28541

HARPER FAMILY FARMS
ATTN: MANAGER OR AGENT
5855 NC HWY 58N
STANTONSBURG, NC 27883

LEMUEL ALLAN HARPER
5855 NC HWY 58 N
STANTONSBURG, NC 27883

RENATE HARPER
5855 NC HWY 58 N
STANTONSBURG, NC 27883

IMAGINE WIRELESS
ATTN: MANAGER OR AGENT
101 HERITAGE CROSSING
SNOW HILL, NC 28580

INTERNAL REVENUE SERVICE
ATTN:  MANAGER OR AGENT
4405 BLAND ROAD
RALEIGH, NC 27609

INTERSATE OUTDOORS
ATTN: MANAGER OR AGENT
101 HERITAGE CROSSING
SNOW HILL, NC 28580

IOU CAPITAL
ATTN: MANAGER OR AGENT
600 TOWN PARK LANE, SUITE 140
KENNESAW, GA 30144

J&S STUMP GRINDING
ATTN: MANAGER OR AGENT
536 ELIZABETH STREET
DANVILLE, VA 24541

JKM CREDIT SERVICES, LLC
ATTN: MANAGER OR AGENT
PO BOX 38
DRUMS, PA 18222

JOHN DEERE LANDSCAPES
ATTN: MANAGER OR AGENT
501 STATION ROAD
GREENVILLE, NC 27834

KINSTON FREE PRESS
ATTN: MANAGER OR AGENT
PO BOX 129
KINSTON, NC 28502

MACKEILWEAN TURF  FARM
ATTN: MANAGER OR AGENT
1004 WASHINGTON POST ROAD
NEW BERN, NC 28560

MICHAEL MURPHY
160 ROUNDABOUT CT,
ROCKY MOUNT, NC 27804

MILLS INTERNATIONAL
ATTN: MANAGER OR AGENT
PO BOX 835
KINSTON, NC 28502

NC MULCH
ATTN: MANAGER OR AGENT
3277 PRONG CREEK RD
MIDDLESEX, NC 27557

NEFF RENTALS
ATTN: MANAGER OR AGENT
5357 NC-115
WINTERVILLE, NC 28590

NORTH CAROLINA DEPT OF REVENUE
ATTN:  BANKRUPTCY UNIT
PO BOX 25000
RALEIGH, NC 27640

OUTDOOR EQUIPMENT DISTRIBU
ATTN: MANAGER OR AGENT
2721 DISCOVERY DRIVE
RALEIGH, NC 27616

RAND WADE OIL CO.
ATTN: MANAGER OR AGENT
PO BOX 127
SNOW HILL, NC 28580

RBI CORP
ATTN: MANAGER OR AGENT
10201 CEADER RIDGEDR
ASHLAND, VA 23005

RMS
ATTN: MANAGER OR AGENT
PO BOX 5417
MOUNT LAUREL, NJ 08054

SHEFFIELD FINANCIAL
ATTN: MANAGER OR AGENT
PO BOX 1704
CLEMMONS, NC 27012

SOUTHERN LANDCAPE PROFESSIONAL
ATTN: MANAGER OR AGENT
8625 MT PLEASANT CHURCH RD
WILLOW SPRING, NC 27592

STAY ALERT
ATTN: MANAGER OR AGENT
1240 KRKLAND ROAD
RALEIGH, NC 27603

TAYLOR'S NURSERY
ATTN: MANAGER OR AGENT
3705 NEW BERN AVENUE
RALEIGH, NC 27610

TRADE OIL COMPANY
ATTN: MANAGER OR AGENT
3602 HWY 264E
GREENVILLE, NC 27834

TYLIN FARMS
ATTN: MANAGER OR AGENT
5855 NC HWY 58 N
STANTONSBURG, NC 27883

US CELLULAR
ATTN: MANAGER OR AGENT
PO BOX 530724
ATLANTA, GA 30353-0724

WACHOVIA BANK, NA
ATTN: OFFICER, MG AGT OR AGENT
PO BOX 2705
WINSTON SALEM, NC 27199

WADE TIRE SERVICES
ATTN: MANAGER OR AGENT
PO BOX 616
SNOW HILL, NC 28580

WASTE INDUSTRIES USA
ATTN: MANAGER OR AGENT
3301 BENSON DRIVE, STE 601
RALEIGH, NC 27609

WELLS FARGO
ATTN: OFFICER, MG.AGT OR AGENT
216 N. GREENE STREET
SNOW HILL, NC 28580

WHITE & ALLEN
ATTN: W. PERCISE, III
PO BOX 3169
KINSTON, NC 28502

WORTHINGTON FARM, INC.
ATTN: MANAGER OR AGENT
3661 BALLARD CROSSROADS
BLOUNTS CREEK, NC 27814